**Fill in this information to identify the case:**

Debtor Name **Section 119 LLC**

United States Bankruptcy Court for the: **Northern District of New York**

Case number: **26-10254-1-pgr**

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

Month: **August 2026** Date report filed: ________________

Line of business: **E-commerce** NAICS code: **454110**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ________________________________________

*Original signature of responsible party*

Printed name of responsible party: **Gregg Carey**

## 1. Questionnaire

**If you answer No to any of the questions in lines 1–9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10–18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☒ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☒ | ☐ |

## 2. Summary of Cash Activity for All Accounts

| | | | |
|---|---|---|---|
| **19.** | Total opening balance of all accounts | | $ 76,656.73 |

*This amount must equal the cash on hand at the end of the prior month.*

| | | | |
|---|---|---|---|
| **20.** | Total cash receipts (Exhibit C) | | $ 39,131.47 |
| **21.** | Total cash disbursements (Exhibit D) | **–** | $ 86,787.35 |
| **22.** | Net cash flow | **+** | $ -47,655.88 |
| **23.** | Cash on hand at the end of the month | **=** | $ 29,000.85 |

## 3. Unpaid Bills

| | | |
|---|---|---|
| **24.** | Total payables (Exhibit E) | $ 59,459.08 |

## 4. Money Owed to You

| | | |
|---|---|---|
| **25.** | Total receivables (Exhibit F) | $ 880.50 |

## 5. Employees

| | | |
|---|---|---|
| **26.** | What was the number of employees when the case was filed? | **0** |
| **27.** | What is the number of employees as of the date of this monthly report? | **0** |

## 6. Professional Fees

| | | |
|---|---|---|
| **28.** | Bankruptcy professional fees paid this month | $ 2,550.00 |
| **29.** | Bankruptcy professional fees paid since filing | $ 2,550.00 |
| **30.** | Other professional fees paid this month | $ 745.00 |
| **31.** | Total other professional fees paid since filing | $ 2,980.00 |

*Line 28 reflects the court-approved Subchapter V trustee fee (Huebscher Consulting) paid August 19, 2026.*

## 7. Projections

| | | Projected (A) | Actual (B) | Difference (A–B) |
|---|---|---|---|---|
| 32. | Cash receipts | 36,900.00 | 39,131.47 | (2,231.47) |
| 33. | Cash disbursements | 66,400.00 | 86,787.35 | (20,387.35) |
| 34. | Net cash flow | (29,500.00) | (47,655.88) | 18,155.88 |

| | | | |
|---|---|---|---|
| **35.** | Total projected cash receipts for next month (September 2026) | | $ 35,000.00 |
| **36.** | Total projected cash disbursements for next month (September 2026) | – | $ 30,000.00 |
| **37.** | Total projected net cash flow for next month (September 2026) | = | $ 5,000.00 |

*September 2026 projection reflects continued operation at reduced sales volume with no owner-compensation payment in the month.*

## 8. Additional Information

The following documents are attached to this report:

☒ 38. Bank statements for each open account (all but the last 4 digits of the account number redacted).

☒ 39. Bank reconciliation reports for each account.

☒ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Section 119 LLC

Monthly Operating Report — Exhibits

*Official Form 425C | Case No. 26-10254-1-pgr*

United States Bankruptcy Court, Northern District of New York
Reporting period: August 1–31, 2026 | Petition date: March 11, 2026

## Contents

Exhibit A — Explanation: Bills Paid on Time (Question 3)

Exhibit B — Explanation: Related-Party Transactions (Question 12)

Exhibit C — Cash Receipts (Line 20)

Exhibit D — Cash Disbursements (Line 21)

Exhibit E — Unpaid Bills / Post-Petition Payables (Line 24)

# Exhibit A

*Explanation to Question 3 — Bills Paid on Time*

**Have you paid all of your bills on time?**

During the August 2026 reporting period, the debtor continued to operate under post-petition cash flow constraints while its Section 363 sale process was pending. The debtor made significant payments during the period, including two guaranteed owner-compensation payments (the delayed July payment and the August payment), the approved Subchapter V trustee fee, and payments to Klaviyo, Grateful Fred, LLC and Loop Returns. Certain trade and marketing-platform payables were not paid in full within their stated terms. The post-petition payables that remained unpaid as of August 31, 2026 are itemized in Exhibit E.

# Exhibit B

*Explanation to Question 12 — Related-Party Transactions*

**Q12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?**

Owner compensation. During August 2026 the debtor paid two guaranteed payments of $20,000.00 each to Sleeping Monkey LLC, an entity affiliated with the debtor's managing member — the July guaranteed payment, which had been accrued in July and delayed by a payment-processing issue, and the regular August guaranteed payment. Both are consistent with the owner compensation included in the debtor's petition and operating budget and are reported within cash disbursements at Exhibit D.

Affiliate fulfillment services. The debtor paid $2,765.30 to Grateful Fred, LLC, an affiliated entity, for post-petition fulfillment services. Any remaining unpaid balance is reported at Exhibit E.

The debtor did not sell or transfer any other assets to, and did not otherwise provide services to, any related party during the reporting period.

# Exhibit C

*Cash Receipts — Line 20*

All activity in KeyBank …4567 (debtor-in-possession account). Reporting period August 1–31, 2026.

| Date | Description | Amount |
|---|---|---|
| | **Sales — Shopify** | |
| 08/03/2026 | Shopify Transfer | 356.94 |
| 08/04/2026 | Shopify Transfer | 2,409.60 |
| 08/05/2026 | Shopify Transfer | 1,802.38 |
| 08/06/2026 | Shopify Transfer | 1,331.57 |
| 08/07/2026 | Shopify Transfer | 1,679.55 |
| 08/10/2026 | Shopify Transfer | 737.55 |
| 08/11/2026 | Shopify Transfer | 2,614.89 |
| 08/12/2026 | Shopify Transfer | 909.93 |
| 08/13/2026 | Shopify Transfer | 1,818.10 |
| 08/14/2026 | Shopify Transfer | 1,309.58 |
| 08/17/2026 | Shopify Transfer | 438.60 |
| 08/18/2026 | Shopify Transfer | 3,261.64 |
| 08/19/2026 | Shopify Transfer | 1,210.55 |
| 08/20/2026 | Shopify Transfer | 817.48 |
| 08/21/2026 | Shopify Transfer | 2,051.75 |
| 08/24/2026 | Shopify Transfer | 218.03 |
| 08/25/2026 | Shopify Transfer | 3,545.95 |
| 08/26/2026 | Shopify Transfer | 1,542.69 |
| 08/27/2026 | Shopify Transfer | 793.11 |
| 08/28/2026 | Shopify Transfer | 479.62 |
| 08/31/2026 | Shopify Transfer | 678.05 |
| | **Subtotal — Sales — Shopify** | **30,007.56** |
| | **Sales — PayPal** | |
| 08/07/2026 | Paypal Transfer | 7,048.82 |
| 08/28/2026 | Paypal Transfer | 1,862.85 |
| | **Subtotal — Sales — PayPal** | **8,911.67** |
| | **Contractor payment reversal (Melio)** | |
| 08/07/2026 | Melio Payments Ivouchers | 212.24 |
| | **Subtotal — Contractor payment reversal (Melio)** | **212.24** |
| | **TOTAL CASH RECEIPTS — LINE 20** | **39,131.47** |

# Exhibit D

*Cash Disbursements — Line 21*

All activity in KeyBank …4567 (debtor-in-possession account). Reporting period August 1–31, 2026.

| Date | Description | Amount |
|---|---|---|
| | **Owner compensation (Sleeping Monkey LLC)** | |
| 08/07/2026 | Bill.Com Payables Sleeping Monkey Llc B | 20,000.00 |
| 08/26/2026 | Sleeping Monkey Invoices Invoices | 20,000.00 |
| | **Subtotal — Owner compensation (Sleeping Monkey LLC)** | **40,000.00** |
| | **Contractors (paid via Melio)** | |
| 08/04/2026 | Melio Payments Ivouchers | 806.81 |
| 08/04/2026 | Melio Payments Ivouchers | 514.58 |
| 08/04/2026 | Melio Payments Ivouchers | 469.23 |
| 08/04/2026 | Melio Payments Ivouchers | 435.96 |
| 08/04/2026 | Melio Payments Ivouchers | 423.89 |
| 08/04/2026 | Melio Payments Ivouchers | 423.89 |
| 08/04/2026 | Melio Payments Ivouchers | 333.18 |
| 08/04/2026 | Melio Payments Ivouchers | 212.24 |
| 08/04/2026 | Melio Payments Ivouchers | 212.24 |
| 08/04/2026 | Melio Payments Ivouchers | 106.43 |
| 08/05/2026 | Melio Payments Ivouchers | 799.51 |
| 08/05/2026 | Melio Payments Ivouchers | 509.92 |
| 08/05/2026 | Melio Payments Ivouchers | 464.97 |
| 08/05/2026 | Melio Payments Ivouchers | 432.01 |
| 08/05/2026 | Melio Payments Ivouchers | 424.00 |
| 08/05/2026 | Melio Payments Ivouchers | 420.02 |
| 08/05/2026 | Melio Payments Ivouchers | 330.15 |
| 08/05/2026 | Melio Payments Ivouchers | 210.32 |
| 08/05/2026 | Melio Payments Ivouchers | 210.32 |
| 08/05/2026 | Melio Payments Ivouchers | 105.46 |
| 08/14/2026 | Melio Payments Ivouchers | 792.26 |
| 08/14/2026 | Melio Payments Ivouchers | 505.29 |
| 08/14/2026 | Melio Payments Ivouchers | 460.76 |
| 08/14/2026 | Melio Payments Ivouchers | 428.10 |
| 08/14/2026 | Melio Payments Ivouchers | 416.23 |
| 08/14/2026 | Melio Payments Ivouchers | 416.23 |
| 08/14/2026 | Melio Payments Ivouchers | 327.17 |
| 08/14/2026 | Melio Payments Ivouchers | 211.67 |
| 08/14/2026 | Melio Payments Ivouchers | 208.42 |
| 08/14/2026 | Melio Payments Ivouchers | 208.42 |
| 08/14/2026 | Melio Payments Ivouchers | 104.51 |
| 08/21/2026 | Melio Payments Ivouchers | 797.44 |
| 08/21/2026 | Melio Payments Ivouchers | 508.59 |
| 08/21/2026 | Melio Payments Ivouchers | 463.77 |
| 08/21/2026 | Melio Payments Ivouchers | 430.92 |
| 08/21/2026 | Melio Payments Ivouchers | 418.97 |
| 08/21/2026 | Melio Payments Ivouchers | 418.94 |
| 08/21/2026 | Melio Payments Ivouchers | 329.32 |
| 08/21/2026 | Melio Payments Ivouchers | 209.78 |
| 08/21/2026 | Melio Payments Ivouchers | 209.78 |
| 08/21/2026 | Melio Payments Ivouchers | 105.19 |
| 08/21/2026 | Melio Payments Ivouchers | 89.80 |
| 08/27/2026 | Melio Payments Ivouchers | 800.03 |
| 08/27/2026 | Melio Payments Ivouchers | 510.24 |
| 08/27/2026 | Melio Payments Ivouchers | 465.27 |
| 08/27/2026 | Melio Payments Ivouchers | 432.29 |
| 08/27/2026 | Melio Payments Ivouchers | 420.30 |
| 08/27/2026 | Melio Payments Ivouchers | 420.30 |
| 08/27/2026 | Melio Payments Ivouchers | 330.37 |
| 08/27/2026 | Melio Payments Ivouchers | 210.45 |
| 08/27/2026 | Melio Payments Ivouchers | 210.45 |
| 08/27/2026 | Melio Payments Ivouchers | 208.76 |
| 08/27/2026 | Melio Payments Ivouchers | 105.53 |
| | **Subtotal — Contractors (paid via Melio)** | **20,020.68** |
| | **Shopify subscription / platform fees** | |
| 08/31/2026 | Shopify.Com/C Shopify.CO | 6,364.61 |
| | **Subtotal — Shopify subscription / platform fees** | **6,364.61** |

| Date | Description | Amount |
|---|---|---|
| | **Klaviyo — marketing platform (post-petition payable)** | |
| 08/19/2026 | Bill.Com Payables Klaviyo Bill.Com 996X | 4,107.21 |
| | **Subtotal — Klaviyo — marketing platform (post-petition payable)** | **4,107.21** |
| | **Loop Returns — returns platform** | |
| 08/17/2026 | Loop Returns Purchase L | 597.52 |
| 08/18/2026 | Loop Returns Purchase L | 2,851.48 |
| | **Subtotal — Loop Returns — returns platform** | **3,449.00** |
| | **Grateful Fred, LLC — fulfillment (related party)** | |
| 08/25/2026 | Bill.Com Payables Grateful Fred, Llc Bi | 2,765.30 |
| | **Subtotal — Grateful Fred, LLC — fulfillment (related party)** | **2,765.30** |
| | **Subchapter V trustee fee (Huebscher Consulting)** | |
| 08/19/2026 | Huebscher Consulinvoices Invoices | 2,550.00 |
| | **Subtotal — Subchapter V trustee fee (Huebscher Consulting)** | **2,550.00** |
| | **Customer refunds (via PayPal)** | |
| 08/04/2026 | Paypal Purchase | 103.97 |
| 08/04/2026 | Paypal Purchase | 36.61 |
| 08/04/2026 | Paypal Purchase | 36.07 |
| 08/04/2026 | Paypal Purchase | 15.43 |
| 08/05/2026 | Paypal Purchase | 36.03 |
| 08/05/2026 | Paypal Purchase | 35.52 |
| 08/05/2026 | Paypal Purchase | 30.62 |
| 08/05/2026 | Paypal Purchase | 30.52 |
| 08/05/2026 | Paypal Purchase | 24.31 |
| 08/05/2026 | Paypal Purchase | 23.17 |
| 08/05/2026 | Paypal Purchase | 22.39 |
| 08/05/2026 | Paypal Purchase | 18.23 |
| 08/05/2026 | Paypal Purchase | 18.23 |
| 08/05/2026 | Paypal Purchase | 17.82 |
| 08/05/2026 | Paypal Purchase | 17.37 |
| 08/10/2026 | Paypal Purchase | 42.88 |
| 08/10/2026 | Paypal Purchase | 23.95 |
| 08/10/2026 | Paypal Purchase | 22.96 |
| 08/10/2026 | Paypal Purchase | 21.48 |
| 08/10/2026 | Paypal Purchase | 21.19 |
| 08/10/2026 | Paypal Purchase | 19.46 |
| 08/10/2026 | Paypal Purchase | 19.33 |
| 08/10/2026 | Paypal Purchase | 14.97 |
| 08/11/2026 | Paypal Purchase | 71.11 |
| 08/11/2026 | Paypal Purchase | 30.21 |
| 08/11/2026 | Paypal Purchase | 18.23 |
| 08/11/2026 | Paypal Purchase | 15.43 |
| 08/13/2026 | Paypal Purchase | 53.05 |
| 08/13/2026 | Paypal Purchase | 37.43 |
| 08/13/2026 | Paypal Purchase | 21.83 |
| 08/13/2026 | Paypal Purchase | 20.06 |
| 08/13/2026 | Paypal Purchase | 6.50 |
| 08/18/2026 | Paypal Purchase | 50.05 |
| 08/18/2026 | Paypal Purchase | 45.36 |
| 08/18/2026 | Paypal Purchase | 41.20 |
| 08/18/2026 | Paypal Purchase | 38.18 |
| 08/18/2026 | Paypal Purchase | 34.92 |
| 08/18/2026 | Paypal Purchase | 33.44 |
| 08/18/2026 | Paypal Purchase | 19.29 |
| 08/18/2026 | Paypal Purchase | 19.15 |
| 08/18/2026 | Paypal Purchase | 18.23 |
| 08/18/2026 | Paypal Purchase | 16.24 |
| 08/20/2026 | Paypal Purchase | 41.04 |
| 08/20/2026 | Paypal Purchase | 23.04 |
| 08/20/2026 | Paypal Purchase | 22.54 |
| 08/21/2026 | Paypal Purchase | 88.71 |
| 08/21/2026 | Paypal Purchase | 32.14 |
| 08/21/2026 | Paypal Purchase | 30.79 |
| 08/21/2026 | Paypal Purchase | 25.73 |
| 08/21/2026 | Paypal Purchase | 18.23 |

| Date | Description | Amount |
|---|---|---|
| 08/25/2026 | Paypal Purchase | 36.90 |
| 08/25/2026 | Paypal Purchase | 19.15 |
| 08/25/2026 | Paypal Purchase | 17.74 |
| 08/25/2026 | Paypal Purchase | 15.21 |
| 08/26/2026 | Paypal Purchase | 43.68 |
| 08/26/2026 | Paypal Purchase | 42.68 |
| 08/26/2026 | Paypal Purchase | 39.88 |
| 08/26/2026 | Paypal Purchase | 38.18 |
| 08/26/2026 | Paypal Purchase | 23.87 |
| 08/26/2026 | Paypal Purchase | 21.45 |
| 08/26/2026 | Paypal Purchase | 19.50 |
| 08/26/2026 | Paypal Purchase | 18.23 |
| 08/27/2026 | Paypal Purchase | 41.24 |
| 08/27/2026 | Paypal Purchase | 20.97 |
| 08/31/2026 | Paypal Purchase | 56.01 |
| 08/31/2026 | Paypal Purchase | 54.60 |
| 08/31/2026 | Paypal Purchase | 19.14 |
| 08/31/2026 | Paypal Purchase | 16.44 |
| 08/31/2026 | Paypal Purchase | 16.44 |
| 08/31/2026 | Paypal Purchase | 15.94 |
| | **Subtotal — Customer refunds (via PayPal)** | **2,101.89** |
| | **State sales tax payments (multi-state)** | |
| 08/06/2026 | Dor Its Paymentsindorits | 150.30 |
| 08/19/2026 | Nys Dtf Sales Tax Paymnt | 222.39 |
| 08/19/2026 | NC Dept Revenue Tax Pymt | 116.84 |
| 08/19/2026 | Fla Dept Revenuec01 | 115.41 |
| 08/19/2026 | Georgia Its Tax GA TX Pymt | 70.04 |
| 08/19/2026 | Dor Its Paymentsindorits | 41.66 |
| 08/19/2026 | State of RI Tax Pmt | 6.41 |
| 08/20/2026 | CA Dept Tax Fee Cdtfa Epmt | 296.00 |
| 08/20/2026 | IL Dept of Revenedi Pymntstxp*43720587*0411*202 | 221.00 |
| 08/20/2026 | VA Dept Taxationtax Paymen | 129.23 |
| 08/20/2026 | 8063-1Hioosut Ohsalesutx | 121.82 |
| 08/20/2026 | CO Dept Revenue Taxpayment | 106.22 |
| 08/20/2026 | Comp of Marylanddir Db Rad | 64.86 |
| 08/20/2026 | SC Dept Revenue Debit | 31.20 |
| 08/20/2026 | AR Dfa Revenue Payment Txp*55154307*04022*20 | 13.00 |
| 08/20/2026 | Oklahomataxpmts OK Tax Pmt | 3.92 |
| 08/21/2026 | Kentucky Doris KY Tax Pmt | 17.27 |
| 08/21/2026 | Wvtreasury Wvtaxpaypb | 14.90 |
| | **Subtotal — State sales tax payments (multi-state)** | **1,742.47** |
| | **Insurance premiums** | |
| 08/24/2026 | Csu Producer Resbillpay | 662.25 |
| 08/24/2026 | Csu Producer Resbillpay | 470.00 |
| | **Subtotal — Insurance premiums** | **1,132.25** |
| | **Bookkeeping services — Finaloop** | |
| 08/25/2026 | Link.Com Finaloop, | 745.00 |
| | **Subtotal — Bookkeeping services — Finaloop** | **745.00** |
| | **Google advertising** | |
| 08/05/2026 | Google Purchase | 670.68 |
| | **Subtotal — Google advertising** | **670.68** |
| | **Software & Subscriptions — Tapcart** | |
| 08/20/2026 | Tapcart Tapcart | 540.00 |
| | **Subtotal — Software & Subscriptions — Tapcart** | **540.00** |
| | **Bill.com bill-pay service fee** | |
| 08/06/2026 | Bill.Com Llc Billing Bill.Com 02B5Btdgvx19 | 264.60 |
| | **Subtotal — Bill.com bill-pay service fee** | **264.60** |
| | **Software & Subscriptions — Slack** | |
| 08/12/2026 | Slack T0118Ledt8Purchase S | 124.46 |

| Date | Description | Amount |
|---|---|---|
| | **Subtotal — Software & Subscriptions — Slack** | **124.46** |
| | **Software & Subscriptions — AWS** | |
| 08/12/2026 | Amazon Web Serviinternet | 102.98 |
| | **Subtotal — Software & Subscriptions — AWS** | **102.98** |
| | **Payroll/401(k) administration (Gusto)** | |
| 08/06/2026 | Gusto 401K Fee Gusto 401K | 35.72 |
| | **Subtotal — Payroll/401(k) administration (Gusto)** | **35.72** |
| | **Melio transaction fees** | |
| 08/19/2026 | Melio TX 9114714TX_9114714 | 25.50 |
| 08/31/2026 | Melio TX 9351747TX_9351747 | 10.00 |
| | **Subtotal — Melio transaction fees** | **35.50** |
| | **Software & Subscriptions — Melio** | |
| 08/10/2026 | Melio Meliosub Melio.Com Subscriptio | 35.00 |
| | **Subtotal — Software & Subscriptions — Melio** | **35.00** |
| | **TOTAL CASH DISBURSEMENTS — LINE 21** | **86,787.35** |

# Exhibit E

*Unpaid Bills / Post-Petition Payables — Line 24*

Debts incurred since the petition date that remain unpaid as of August 31, 2026.

| Date incurred | Creditor | Purpose | Amount |
|---|---|---|---|
| Through 8/31/2026 | Klaviyo | Marketing platform — post-petition (Invoice INV4694612, service 5/28–8/27/2026) | $26,227.80 |
| Through 8/31/2026 | Royalties (licensor) | Accrued royalty — post-petition, Mar 11–Aug 31 (see Note 1) | $31,036.38 |
| Through 8/31/2026 | Grateful Fred, LLC | Fulfillment — post-petition, Jul & Aug invoices (related party) | $2,194.90 |
| Through 8/31/2026 | Loop Returns | Returns platform — no unpaid post-petition balance | $0.00 |
| | | **TOTAL (Line 24)** | **$59,459.08** |

*Amounts are confirmed August 31, 2026 balances per the debtor's accounting records.*

## Notes

Note 1 — Royalties. Post-petition royalty accrual for the period March 11 through August 31, 2026 is $31,036.38 per the debtor's records. Pre-petition royalty arrears are excluded from Line 24.

Note 2 — August payments. The debtor made the following payments against post-petition payables during August: Klaviyo $4,107.21, Grateful Fred, LLC $2,765.30, and Loop Returns $3,449.00. The balances above are confirmed August 31, 2026 figures per the debtor's records.

Note 3 — Owner compensation. Both the delayed July guaranteed payment and the August guaranteed payment ($20,000 each) were paid in August. No owner-compensation payable remains at August 31, 2026; both are reported as cash disbursements in Exhibit D.

Note 4 — Klaviyo. The $26,227.80 is Klaviyo invoice INV4694612 dated May 31, 2026, for the service period May 28 – August 27, 2026, which remains unpaid. The $4,107.21 paid to Klaviyo in August was applied to an older invoice, not to this one. Klaviyo invoice INV5421493 dated August 31, 2026 (service period August 28 – November 27, 2026) is excluded, because that service period had not been incurred as of August 31, 2026.

# Section 119 LLC

## Balance Sheet — as of August 31, 2026

*Case No. 26-10254-1-pgr | U.S. Bankruptcy Court, Northern District of New York*
*Petition date: March 11, 2026 | Prepared on the accrual basis (Finaloop)*

| | |
|---|---|
| **Current Assets 100000** | **307,867.91** |
| **Cash and cash equivalents 101000** | **33,330.66** |
| **Bank accounts 101100** | **31,531.57** |
| **Checking 101110** | **29,141.23** |
| **KeyBank - Key Business Reward Checking 4567** | **29,000.85** |
| **PayPal - Section 119 LLC** | **140.38** |
| **FX Clearance 101150** | **(0.32)** |
| **Money in transit 101160** | **2,390.66** |
| **Undeposited funds (UDF) 101200** | **1,799.09** |
| **Undeposited funds 101210** | **971.42** |
| **Afterpay Section 119** | **99.35** |
| **Amazon Canada Section 119 - Canada** | **0.06** |
| **Shopify Payments Section 119** | **731.72** |
| **Stripe Section119** | **139.97** |
| **Other** | **0.32** |
| **Undeposited funds on hold 101220** | **827.67** |
| **Afterpay Section 119** | **827.67** |
| **Accounts receivable (A/R) 102000** | **(163.39)** |
| **Accounts receivables from customers, net 102100** | **880.50** |
| **Accounts receivable from customers 102010** | **880.50** |
| **Accounts receivables from platforms, net 102200** | **(796.16)** |
| **Accounts receivable from platforms 102030** | **(796.16)** |
| **Shopify Section 119** | **(796.16)** |
| **Reconciliation in process (RIP) 102060** | **(247.73)** |
| **Inventory 103000** | **257,536.00** |
| **Inventory on hand 103010** | **257,266.00** |
| **Inventory in-process 103020** | **270.00** |
| **Prepaid expenses 104010** | **16,647.22** |
| **Loan to a related party 105000** | **(96.75)** |
| **Due to/from owner 105110** | **(96.75)** |
| **Gregg Carey - Sleeping Monkey LLC** | **(96.75)** |
| **Other current assets 107000** | **614.17** |
| **Unidentified payouts & transfers 107050 ↗️** | **614.17** |
| **Long-Term Assets 110000** | **1,526.64** |
| **Intangible assets 114000** | **1,526.64** |
| **Other intangible assets, net 114200** | **1,526.64** |
| **Other intangible assets 114210** | **1,733.36** |
| **Other intangible assets accumulated amortization 114220** | **(206.72)** |
| **Assets** | **309,394.55** |
| **Liabilities 200000** | **2,404,797.82** |
| **Current liabilities 210000** | **1,802,797.82** |
| **Credit cards 211010** | **470,207.40** |
| **Shopify Credit - 8947** | **255,097.77** |
| **American Express - The Plum Card 01000** | **44,815.71** |
| **American Express - Business Gold Card 61003** | **39,733.61** |
| **Parker - Parker Credit 0001** | **31,836.61** |
| **Capital One - Spark Miles 3328** | **26,585.17** |
| **Chase - World of Hyatt Business Credit Card 8884** | **18,987.83** |
| **Citibank Online - CitiBusiness /AAdvantage Platinum Select World Elite Mastercard 6725** | **17,938.85** |
| **PayPal Business Cashback Mastercard - PayPal Credit 9420** | **12,779.35** |
| **Chase - Ink Business PreferredSM 8124** | **10,152.61** |
| **Capital One - Spark Cash Plus 5936** | **6,559.60** |
| **American Express - Business Gold Card 11009** | **2,055.69** |
| **American Express - Blue Business Plus Card 01005** | **2,035.47** |
| **American Express - Business Gold Card 72005** | **1,629.13** |
| **Accounts payable (A/P) 212000** | **910,733.49** |
| **Operational vendors - bills 212010** | **608,466.98** |
| **Accounts payable (A/P) - accruals 212030** | **211,075.38** |
| **Inventory vendors 212500** | **91,191.13** |
| **Inventory vendors - bills 212520** | **91,191.13** |
| **Deferred revenue & customer credits 214000** | **905.20** |
| **Gift card liability 214020** | **905.20** |
| **Shopify Section 119** | **905.20** |
| **Uncleared gift card liability 214030** | **0.00** |
| **Shopify Section 119** | **390.69** |
| **Facebook** | **(390.69)** |

| | |
|---|---|
| **Loans 215000** | **369,896.21** |
| **Shopify Capital** | **192,492.75** |
| **Loan payable 215100** | **192,492.75** |
| **Clearco** | **127,076.83** |
| **Loan payable 215100** | **127,076.83** |
| **Wayflyer** | **39,653.49** |
| **Loan payable 215100** | **39,653.49** |
| **PayPal Working Capital** | **10,673.14** |
| **Loan payable 215100** | **11,885.13** |
| **Unrecognized fees 215140** | **(1,211.99)** |
| **Payroll liabilities 217000** | **(61.20)** |
| **Payroll tax liability 217070** | **(63.00)** |
| **Retirement benefit payable 217080** | **1.80** |
| **Tax liabilities 218000** | **51,116.72** |
| **Sales tax liability 218070** | **51,116.72** |
| **Long-term liabilities 230000** | **602,000.00** |
| **Long term loans 231000** | **602,000.00** |
| **Small Business Administration** | **602,000.00** |
| **Long-term loan payable 231020** | **602,000.00** |
| **Equity 300000** | **(2,095,403.27)** |
| **Capital 310000** | **(107,862.59)** |
| **Distributions 310030** | **(256,675.59)** |
| **Robert Patrizi** | **(256,520.59)** |
| **Robert Patrizi - Show of Life** | **(155.00)** |
| **Capital 310010** | **148,813.00** |
| **Robert Patrizi - Show of Life** | **78,990.00** |
| **Gregg Carey - Sleeping Monkey LLC** | **58,186.00** |
| **OG Penguin** | **8,729.00** |
| **Donald Jefferson** | **2,908.00** |
| **Current Year Net Profit** | **(349,756.15)** |
| **Retained earnings 320010** | **(1,637,784.53)** |
| **Liabilities & Equity** | **309,394.55** |

*Cash at KeyBank …4567 of $29,000.85 agrees to the debtor-in-possession bank statement and to Line 23 of Form 425C.*

# Section 119 LLC

## Statement of Operations — for the month ended August 31, 2026

*Case No. 26-10254-1-pgr | U.S. Bankruptcy Court, Northern District of New York*
*Petition date: March 11, 2026 | Prepared on the accrual basis (Finaloop)*

| | |
|---|---|
| Gross sales 410000 | 44,252.75 |
| DTC | 44,252.75 |
| Shopify Store Section 119 | 44,252.75 |
| Sales 410010 | 40,869.65 |
| Shipping income 410030 | 3,383.10 |
| Discounts & promotions 420000 | (3,402.36) |
| DTC | (3,402.36) |
| Shopify Store Section 119 | (3,402.36) |
| Discounts & promotions 420010 | (1,860.00) |
| Gift card giveaways 420040 | (1,542.36) |
| Gross sales after discounts | 40,850.39 |
| Refunds, returns & deductions 430000 | (1,874.39) |
| Refunds & returns 431010 | (1,874.39) |
| DTC | (1,874.39) |
| Shopify Store Section 119 | (1,874.39) |
| Deductions 432000 | 0.00 |
| Net sales | 38,976.00 |
| Cost of delivery 500000 | (14,897.12) |
| Product COGS 510000 | (8,844.32) |
| DTC | (10,261.37) |
| Shopify Store Section 119 | (10,261.37) |
| Cost of goods sold 513010 | (10,261.37) |
| Multi-channel | 1,417.05 |
| Other product COGS | 1,417.05 |
| Cost of goods sold 513010 | 1,417.05 |
| Fulfillment 520000 | (958.40) |
| Fulfillment fees 520030 | (958.40) |
| Grateful Fred | (958.40) |
| Fulfillment labor 522000 | 0.00 |
| Shipping & freight - delivery 530000 | (377.99) |
| Shipping out to customers 530010 | (377.99) |
| Shopify | (377.99) |
| Merchant processing fees 514010 | (1,235.42) |
| Shopify Payments | (1,122.63) |
| Shopify Payments Section 119 | (1,122.63) |
| PayPal | (107.37) |
| PayPal - Section 119 LLC | (107.37) |
| Afterpay | (5.42) |
| Afterpay Section 119 | (5.42) |
| Selling fees 515010 | 0.00 |
| Other cost of delivery 540000 | (3,480.99) |
| Royalties 540040 | (3,480.99) |
| Royalty (accrued) | (3,480.99) |
| Inventory adjustments 561000 | 0.00 |
| Gross profit | 24,078.88 |
| Variable sales & marketing 610000 | (9,974.94) |
| Paid online ads 611000 | (1,232.34) |
| Shopify | (1,232.34) |
| Ads paid directly from bank | (1,232.34) |
| Paid online ads 611010 | (1,232.34) |
| Email marketing 610030 | (8,742.60) |
| Klaviyo | (8,742.60) |
| Offline advertising 612000 | 0.00 |
| Promotions 613000 | 0.00 |
| Product giveaways 614000 | 0.00 |
| Contribution profit | 14,103.94 |
| Fixed operating expenses 600000 | (55,203.03) |
| General & administrative (G&A) 630000 | (35,203.03) |
| Freelancers & contractors 634000 | (19,878.94) |
| Contractors 634010 | (19,878.94) |
| Melio | (19,878.94) |
| Disputes & chargebacks 636000 | (36.00) |
| Dispute fees 636020 | (30.00) |
| Shopify Payments Section 119 | (30.00) |
| Disputes 636010 | (6.00) |
| Shopify Payments Section 119 | (6.00) |

| | |
|---|---|
| **Finance 638000** | **(1,306.67)** |
| **Accounting services 638020** | **(1,306.67)** |
| **Uhy Us** | **(1,306.67)** |
| **Insurance 640000** | **(1,132.25)** |
| **General insurance 640010** | **(1,132.25)** |
| **Catholic United Financial** | **(1,132.25)** |
| **Legal 641000** | **(2,550.00)** |
| **Legal services 641010** | **(2,550.00)** |
| **Eric Huebscher** | **(2,550.00)** |
| **Office supplies & equipment 643000** | **(102.98)** |
| **Office supplies 643010** | **(102.98)** |
| **Amazon** | **(102.98)** |
| **Software & subscriptions 648000** | **(10,196.19)** |
| **Software 648010** | **(10,196.19)** |
| **Shopify** | **(4,366.73)** |
| **Loop Returns** | **(3,449.00)** |
| **Bnf - link.com** | **(745.00)** |
| **Google** | **(670.68)** |
| **Tapcart** | **(540.00)** |
| **Others (3)** | **(424.78)** |
| **Bill.com** | **(264.60)** |
| **Slack** | **(124.46)** |
| **Gusto** | **(35.72)** |
| **Payroll 660000** | **(20,000.00)** |
| **Guaranteed payments 660050** | **(20,000.00)** |
| **Bill.com** | **(20,000.00)** |
| **Net operating profit - EBITDA** | **(41,099.09)** |
| **Depreciation & amortization expenses 680000** | **(10.54)** |
| **Depreciation expenses 681000** | **0.00** |
| **Amortization expenses 682000** | **(10.54)** |
| **Amortization expense - Other intangible asset 682030** | **(10.54)** |
| **Interest & financing 700000** | **(500.76)** |
| **Interest & financing expenses 710000** | **(500.76)** |
| **Interest & financing fees 711020** | **(459.76)** |
| **Citi** | **(459.76)** |
| **Bank charges & fees 711010** | **(41.00)** |
| **Citi** | **(41.00)** |
| **Other income & expenses 800000** | **75,657.66** |
| **Other income 810000** | **75,657.66** |
| **Other vendor credits 810130** | **75,657.66** |
| **Klaviyo** | **75,657.66** |
| **Other expenses 820000** | **0.00** |
| **Penalties & Settlements 821000** | **0.00** |
| **Net profit before taxes (excl. uncategorized transactions)** | **34,047.27** |
| **Net profit before taxes** | **34,047.27** |
| **Net profit** | **34,047.27** |

*Prepared on the accrual basis and therefore differs from the Statement of Cash Receipts and Disbursements (cash basis). August net profit includes a one-time Other Income gain of $75,657.66 — forgiveness by Klaviyo of outstanding 2025 (pre-petition) invoices via credit memo. Excluding that pre-petition gain, operations for the month were a net loss of approximately $41,610. Form 425C Line 22 (net cash flow) is not comparable to net profit reported here.*

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**August 31, 2026**


XXXXXXXX4567

31 T 56 00000 R EM AO
SECTION 119 LLC
GREGG CAREY DEBTOR IN POSSESSION
CASE # 26-10254-1
29 WORTH AVE
HUDSON NY 12534-3083

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)
*Dial 711 for TTY/TRS*

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

***Deposit Account Agreement and Funds Availability Policy Update.*** We've updated Section 6 of your Deposit Account Agreement (DAA) to provide additional details on how overdraft fees work for ATM and everyday (one-time) debit card transactions. In addition, we have updated the Key Private Bank Personal Checking account name to display correctly in the Consumer Accounts table.

For your reference, we have provided the updated DAA language below.

**The following only applies to the specific Consumer and Business Account types listed:** If an ATM card or everyday (one time) debit card transaction is authorized by us when there are available funds in your account, but there are no longer funds to cover the full transaction amount (which may be different than the amount authorized) at the time the transaction is settled, you will not be charged an Overdraft Item ("OD") Charge on that transaction.

*You can find a full copy of the DAA at key.com/daa.*

**Key Business Reward Checking** XXXXXXXX4567
SECTION 119 LLC
GREGG CAREY DEBTOR IN POSSESSION
CASE # 26-10254-1

| | |
|---|---|
| Beginning balance 7-31-26 | $76,656.73 |
| 24 Additions | +39,131.47 |
| 161 Subtractions | -86,787.35 |
| **Ending balance 8-31-26** | **$29,000.85** |

## Additions

*Deposits*

| *Date* | *Serial #* | *Source* | | |
|---|---|---|---|---|
| 8-3 | | Shopify | Transfer | $356.94 |
| 8-4 | | Shopify | Transfer | 2,409.60 |
| 8-5 | | Shopify | Transfer | 1,802.38 |
| 8-6 | | Shopify | Transfer | 1,331.57 |
| 8-7 | | Melio Payments Ivouchers | | 212.24 |
| 8-7 | | Shopify | Transfer | 1,679.55 |

XXXXXXXX4567

## Additions
*(con't)*

| *Deposits* | *Date* | *Serial #* | *Source* | | |
|---|---|---|---|---|---|
| | 8-7 | | Paypal | Transfer | 7,048.82 |
| | 8-10 | | Shopify | Transfer | 737.55 |
| | 8-11 | | Shopify | Transfer | 2,614.89 |
| | 8-12 | | Shopify | Transfer | 909.93 |
| | 8-13 | | Shopify | Transfer | 1,818.10 |
| | 8-14 | | Shopify | Transfer | 1,309.58 |
| | 8-17 | | Shopify | Transfer | 438.60 |
| | 8-18 | | Shopify | Transfer | 3,261.64 |
| | 8-19 | | Shopify | Transfer | 1,210.55 |
| | 8-20 | | Shopify | Transfer | 817.48 |
| | 8-21 | | Shopify | Transfer | 2,051.75 |
| | 8-24 | | Shopify | Transfer | 218.03 |
| | 8-25 | | Shopify | Transfer | 3,545.95 |
| | 8-26 | | Shopify | Transfer | 1,542.69 |
| | 8-27 | | Shopify | Transfer | 793.11 |
| | 8-28 | | Shopify | Transfer | 479.62 |
| | 8-28 | | Paypal | Transfer | 1,862.85 |
| | 8-31 | | Shopify | Transfer | 678.05 |
| | | | **Total additions** | | **$39,131.47** |

## Subtractions

| *Withdrawals* | *Date* | *Serial #* | *Location* | | |
|---|---|---|---|---|---|
| | 8-4 | | Paypal | Purchase | $15.43 |
| | 8-4 | | Paypal | Purchase | 36.07 |
| | 8-4 | | Paypal | Purchase | 36.61 |
| | 8-4 | | Paypal | Purchase | 103.97 |
| | 8-4 | | Melio Payments Ivouchers | | 106.43 |
| | 8-4 | | Melio Payments Ivouchers | | 212.24 |
| | 8-4 | | Melio Payments Ivouchers | | 212.24 |
| | 8-4 | | Melio Payments Ivouchers | | 333.18 |
| | 8-4 | | Melio Payments Ivouchers | | 423.89 |
| | 8-4 | | Melio Payments Ivouchers | | 423.89 |
| | 8-4 | | Melio Payments Ivouchers | | 435.96 |
| | 8-4 | | Melio Payments Ivouchers | | 469.23 |
| | 8-4 | | Melio Payments Ivouchers | | 514.58 |
| | 8-4 | | Melio Payments Ivouchers | | 806.81 |
| | 8-5 | | Paypal | Purchase | 17.37 |
| | 8-5 | | Paypal | Purchase | 17.82 |
| | 8-5 | | Paypal | Purchase | 18.23 |
| | 8-5 | | Paypal | Purchase | 18.23 |
| | 8-5 | | Paypal | Purchase | 22.39 |
| | 8-5 | | Paypal | Purchase | 23.17 |
| | 8-5 | | Paypal | Purchase | 24.31 |
| | 8-5 | | Paypal | Purchase | 30.52 |
| | 8-5 | | Paypal | Purchase | 30.62 |
| | 8-5 | | Paypal | Purchase | 35.52 |
| | 8-5 | | Paypal | Purchase | 36.03 |
| | 8-5 | | Melio Payments Ivouchers | | 105.46 |

XXXXXXXX4567

## Subtractions

*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 8-5 | | Melio Payments Ivouchers | 210.32 |
| | 8-5 | | Melio Payments Ivouchers | 210.32 |
| | 8-5 | | Melio Payments Ivouchers | 330.15 |
| | 8-5 | | Melio Payments Ivouchers | 420.02 |
| | 8-5 | | Melio Payments Ivouchers | 424.00 |
| | 8-5 | | Melio Payments Ivouchers | 432.01 |
| | 8-5 | | Melio Payments Ivouchers | 464.97 |
| | 8-5 | | Melio Payments Ivouchers | 509.92 |
| | 8-5 | | Google Purchase | 670.68 |
| | 8-5 | | Melio Payments Ivouchers | 799.51 |
| | 8-6 | | Gusto 401K Fee Gusto 401K | 35.72 |
| | 8-6 | | Dor Its Paymentsindorits | 150.30 |
| | 8-6 | | Bill.Com Llc Billing Bill.Com 02B5Btdgvx19 | 264.60 |
| | 8-7 | | Bill.Com Payables Sleeping Monkey Llc B | 20,000.00 |
| | 8-10 | | Paypal Purchase | 14.97 |
| | 8-10 | | Paypal Purchase | 19.33 |
| | 8-10 | | Paypal Purchase | 19.46 |
| | 8-10 | | Paypal Purchase | 21.19 |
| | 8-10 | | Paypal Purchase | 21.48 |
| | 8-10 | | Paypal Purchase | 22.96 |
| | 8-10 | | Paypal Purchase | 23.95 |
| | 8-10 | | Melio Meliosub Melio.Com Subscriptio | 35.00 |
| | 8-10 | | Paypal Purchase | 42.88 |
| | 8-11 | | Paypal Purchase | 15.43 |
| | 8-11 | | Paypal Purchase | 18.23 |
| | 8-11 | | Paypal Purchase | 30.21 |
| | 8-11 | | Paypal Purchase | 71.11 |
| | 8-12 | | Amazon Web Serviinternet | 102.98 |
| | 8-12 | | Slack T0118Ledt8Purchase S | 124.46 |
| | 8-13 | | Paypal Purchase | 6.50 |
| | 8-13 | | Paypal Purchase | 20.06 |
| | 8-13 | | Paypal Purchase | 21.83 |
| | 8-13 | | Paypal Purchase | 37.43 |
| | 8-13 | | Paypal Purchase | 53.05 |
| | 8-14 | | Melio Payments Ivouchers | 104.51 |
| | 8-14 | | Melio Payments Ivouchers | 208.42 |
| | 8-14 | | Melio Payments Ivouchers | 208.42 |
| | 8-14 | | Melio Payments Ivouchers | 211.67 |
| | 8-14 | | Melio Payments Ivouchers | 327.17 |
| | 8-14 | | Melio Payments Ivouchers | 416.23 |
| | 8-14 | | Melio Payments Ivouchers | 416.23 |
| | 8-14 | | Melio Payments Ivouchers | 428.10 |
| | 8-14 | | Melio Payments Ivouchers | 460.76 |
| | 8-14 | | Melio Payments Ivouchers | 505.29 |
| | 8-14 | | Melio Payments Ivouchers | 792.26 |
| | 8-17 | | Loop Returns Purchase L | 597.52 |
| | 8-18 | | Paypal Purchase | 16.24 |
| | 8-18 | | Paypal Purchase | 18.23 |
| | 8-18 | | Paypal Purchase | 19.15 |

**Subtractions**
*(con't)*

| *Withdrawals* | *Date* | *Serial #* | *Location* | |
|---|---|---|---|---|
| | 8-18 | | Paypal Purchase | 19.29 |
| | 8-18 | | Paypal Purchase | 33.44 |
| | 8-18 | | Paypal Purchase | 34.92 |
| | 8-18 | | Paypal Purchase | 38.18 |
| | 8-18 | | Paypal Purchase | 41.20 |
| | 8-18 | | Paypal Purchase | 45.36 |
| | 8-18 | | Paypal Purchase | 50.05 |
| | 8-18 | | Loop Returns Purchase L | 2,851.48 |
| | 8-19 | | State of RI Tax Pmt | 6.41 |
| | 8-19 | | Melio TX 9114714TX_9114714 | 25.50 |
| | 8-19 | | Dor Its Paymentsindorits | 41.66 |
| | 8-19 | | Georgia Its Tax GA TX Pymt | 70.04 |
| | 8-19 | | Fla Dept Revenuec01 | 115.41 |
| | 8-19 | | NC Dept Revenue Tax Pymt | 116.84 |
| | 8-19 | | Nys Dtf Sales Tax Paymnt | 222.39 |
| | 8-19 | | Huebscher Consulinvoices Invoices | 2,550.00 |
| | 8-19 | | Bill.Com Payables Klaviyo Bill.Com 996X | 4,107.21 |
| | 8-20 | | Oklahomataxpmts OK Tax Pmt | 3.92 |
| | 8-20 | | AR Dfa Revenue Payment Txp*55154307*04022*20 | 13.00 |
| | 8-20 | | Paypal Purchase | 22.54 |
| | 8-20 | | Paypal Purchase | 23.04 |
| | 8-20 | | SC Dept Revenue Debit | 31.20 |
| | 8-20 | | Paypal Purchase | 41.04 |
| | 8-20 | | Comp of Marylanddir Db Rad | 64.86 |
| | 8-20 | | CO Dept Revenue Taxpayment | 106.22 |
| | 8-20 | | 8063-1Hioosut Ohsalesutx | 121.82 |
| | 8-20 | | VA Dept Taxationtax Paymen | 129.23 |
| | 8-20 | | IL Dept of Revenedi Pymntstxp*43720587*0411*202 | 221.00 |
| | 8-20 | | CA Dept Tax Fee Cdtfa Epmt | 296.00 |
| | 8-20 | | Tapcart Tapcart | 540.00 |
| | 8-21 | | Wvtreasury Wvtaxpaypb | 14.90 |
| | 8-21 | | Kentucky Doris KY Tax Pmt | 17.27 |
| | 8-21 | | Paypal Purchase | 18.23 |
| | 8-21 | | Paypal Purchase | 25.73 |
| | 8-21 | | Paypal Purchase | 30.79 |
| | 8-21 | | Paypal Purchase | 32.14 |
| | 8-21 | | Paypal Purchase | 88.71 |
| | 8-21 | | Melio Payments Ivouchers | 89.80 |
| | 8-21 | | Melio Payments Ivouchers | 105.19 |
| | 8-21 | | Melio Payments Ivouchers | 209.78 |
| | 8-21 | | Melio Payments Ivouchers | 209.78 |
| | 8-21 | | Melio Payments Ivouchers | 329.32 |
| | 8-21 | | Melio Payments Ivouchers | 418.94 |
| | 8-21 | | Melio Payments Ivouchers | 418.97 |
| | 8-21 | | Melio Payments Ivouchers | 430.92 |
| | 8-21 | | Melio Payments Ivouchers | 463.77 |
| | 8-21 | | Melio Payments Ivouchers | 508.59 |
| | 8-21 | | Melio Payments Ivouchers | 797.44 |
| | 8-24 | | Csu Producer Resbillpay | 470.00 |

XXXXXXXX4567

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 8-24 | | Csu Producer Resbillpay | 662.25 |
| | 8-25 | | Paypal Purchase | 15.21 |
| | 8-25 | | Paypal Purchase | 17.74 |
| | 8-25 | | Paypal Purchase | 19.15 |
| | 8-25 | | Paypal Purchase | 36.90 |
| | 8-25 | | Link.Com Finaloop, | 745.00 |
| | 8-25 | | Bill.Com Payables Grateful Fred, Llc Bi | 2,765.30 |
| | 8-26 | | Paypal Purchase | 18.23 |
| | 8-26 | | Paypal Purchase | 19.50 |
| | 8-26 | | Paypal Purchase | 21.45 |
| | 8-26 | | Paypal Purchase | 23.87 |
| | 8-26 | | Paypal Purchase | 38.18 |
| | 8-26 | | Paypal Purchase | 39.88 |
| | 8-26 | | Paypal Purchase | 42.68 |
| | 8-26 | | Paypal Purchase | 43.68 |
| | 8-26 | | Sleeping Monkey Invoices Invoices | 20,000.00 |
| | 8-27 | | Paypal Purchase | 20.97 |
| | 8-27 | | Paypal Purchase | 41.24 |
| | 8-27 | | Melio Payments Ivouchers | 105.53 |
| | 8-27 | | Melio Payments Ivouchers | 208.76 |
| | 8-27 | | Melio Payments Ivouchers | 210.45 |
| | 8-27 | | Melio Payments Ivouchers | 210.45 |
| | 8-27 | | Melio Payments Ivouchers | 330.37 |
| | 8-27 | | Melio Payments Ivouchers | 420.30 |
| | 8-27 | | Melio Payments Ivouchers | 420.30 |
| | 8-27 | | Melio Payments Ivouchers | 432.29 |
| | 8-27 | | Melio Payments Ivouchers | 465.27 |
| | 8-27 | | Melio Payments Ivouchers | 510.24 |
| | 8-27 | | Melio Payments Ivouchers | 800.03 |
| | 8-31 | | Melio TX 9351747TX_9351747 | 10.00 |
| | 8-31 | | Paypal Purchase | 15.94 |
| | 8-31 | | Paypal Purchase | 16.44 |
| | 8-31 | | Paypal Purchase | 16.44 |
| | 8-31 | | Paypal Purchase | 19.14 |
| | 8-31 | | Paypal Purchase | 54.60 |
| | 8-31 | | Paypal Purchase | 56.01 |
| | 8-31 | | Shopify.Com/C Shopify.CO | 6,364.61 |
| | | | **Total subtractions** | **$86,787.35** |

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV - Transfer to Savings Account
XFER FROM SAV - Transfer from Savings Account
XFER TO CKG - Transfer to Checking Account
XFER FROM CKG - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement**: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

Œ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

Ÿ Checks or other deductions shown on our statement that you have not already entered.
Ÿ The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

Ÿ Deposits or other credits shown on your statement that you have not already entered.
Ÿ The "Interest earned" shown on your statement, if any.

• **List from your check register any checks or other deductions that are** not **shown on your statement.**

| Check # or Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** è | $ | |

• **List any deposits from your check register that are** not **shown on your statement.**

| Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL** è | $ | |

‘ **Enter ending balance shown on your statement.**

$

’ **Add 5 and 6 and enter total here.**

$

“ **Enter total from 4.**

$

” **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.